UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. 1:CV-06-1690 |
| ) | |
| v.  ) | (Judge Conner) |
| ) | |
| Contents of Fulton Bank Account ) | FILED |
| No. 3622-76161 in the ) | HARRISBURG |
| names of Curtis L. Hess and/or ) | DEC 0 5 2006 |
| Deborah N. Hess, ) | MARY E. D'A... |
| ) | Per_____ /s/ ___ CLERK |
| Defendant. ) | (Electronically filed) |

## FINAL ORDER OF FORFEITURE

Upon all the proceedings had heretofore and upon the Motion of the United States of America, the Court makes the following findings of fact:

1. A Verified Complaint for Forfeiture was filed on August 29, 2006. The Complaint alleges that the defendant property was involved in knowing violations of 18 U.S.C. § 1341 and is therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 981 (a)(1)(c).

2. Pursuant to a Notice of Complaint for Forfeiture

issued by this Court on August 29, 2006, all persons interested in the defendant property were required to file their claims with the Clerk of Court within thirty (30) days of service of the Complaint, publication of the Notice of Complaint for Forfeiture or actual notice of this action, whichever occurred first. It appears that process was fully issued in this action and returned according to law.

3.  Proper service was accomplished on all interested parties.

4. No other claimants or parties of interest have filed a Verified Claim or Answer within the time permitted by Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims and the time to do so has run.

5.  On November 29, 2006, the Court entered default against the defendant property.

NOW, THEREFORE, upon motion of the United States of America for Final Order of Forfeiture, it is hereby ORDERED, ADJUDGED AND DECREED that:

1) The defendant property identified as the Contents of Fulton Bank Account No. 3622-76161 in the names of Curtis L. Hess and/or Deborah N. Hess is hereby condemned, forfeited and vested in the United States of America;

2) No right, title or interest in the defendant property shall exist in any other party;

3) The United States Marshals Service is directed to dispose of the defendant property according to law;

4) The United States is entitled to its costs herein; and

5) The Clerk is hereby directed to send attested copies of this Order to all counsel of record.

Dated this 5th day of December, 2006.

_____
CHRISTOPHER C. CONNER, JUDGE
UNITED STATES DISTRICT COURT